JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

FILED
OCT 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, ) | Case No.: CR 06-00563 DLJ |
| Plaintiff, ) | STIPULATION RE: CONDITIONS OF DEFENDANT MEJIAS' RELEASE |
| vs. ) | |
| JENARO R. MEJIAS ) | |
| Defendant ) | |

Current conditions of release allowing the defendant to stay at the home of his sister and brother-in-law when in California, and it being the case that the defendant's brother-in-law possesses certain firearms, which are kept in a gun safe under lock and key, it is hereby agreed between that parties that the defendant may continue to stay at the home of his sister and brother-in-law so long as, at all times the defendant is present, all firearms are securely stored in the gun safe, the gun safe is locked, and the defendant has no access to the fire-arms or to the key to the gun safe.

Dated: October 27, 2006

_/s/ Gn. L. Bevan Jr._

George L. Bevan, Jr.
Assistant United States Attorney

Stipulation re: Release conditions- 1

1  Dated: October 27, 2006

2

3  *[signature]*

4  James McNair Thompson

5  Attorney for defendant Jenaro Mejias

6  **GOOD CAUSE THEREFORE APPEARING, IT IS SO ORDERED.**

7  Dated: October 27, 2006

8

9  *[signature]*

10  Hon. D. Lowell Jensen

11  Judge of the Federal District Court

12

Stipulation re:  Release conditions- 2