```
                                                            FILED
                                                          FEB 2 3 2007
 1  JAMES McNAIR THOMPSON                              RICHARD W. WIEKING
    SBN 67807                                      CLERK, U.S. DISTRICT COURT
 2  LAW OFFICES OF JAMES McNAIR THOMPSON          NORTHERN DISTRICT OF CALIFORNIA
    PO BOX 636                                              OAKLAND
 3  LOS GATOS CA 95031
    (408) 358-6047
 4
                    UNITED STATES DISTRICT COURT
 5
                   NORTHERN DISTRICT OF CALIFORNIA
 6
                          OAKLAND DIVISION
 7
```

| | | |
|---|---|---|
| 8 | UNITED STATES OF CALIFORNIA, ) | Case No.: CR 06-00563 DLJ |
| 9 | Plaintiff, ) | STIPULATION & ORDER |
| 10 | vs. ) | CONTINUING SENTENCING DATE FROM FEBRUARY 23, 2007 TO APRIL 20, 2007 |
| 11 | JENARO R. MEJIAS ) | |
| 12 | Defendant ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, currently scheduled for Friday, February 23, 2007 at 10:00 a.m. be continued and a new sentencing hearing date of Friday, April 20, 2007 at 10:00 a.m. is hereby set.

It is so stipulated.

Dated: February 21, 2007

*(signature)*
James McNair Thompson
Attorney for defendant Mejias

Dated: February 22, 2007

*(signature)*
George L. Bevan, Jr.
Assistant United States Attorney

Stipulation and Order Continuing Sentencing Date - 1

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | Dated: ___Feb 23, 2007___ |

_(signature)_

Hon. D. Lowell Jensen
Senior Judge of the United States District Court